CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
<u>Mail</u>: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**435 Bedford LLC**, a Delaware Limited Liability Company; and<br>**Judi's Deli LLC**, a California Limited Liability Company<br><br>　　　　Defendants. | Case: 2:20-CV-10201-MWF-RAO<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

<u>**STIPULATION**</u>

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice as

1

to all parties; subject to either party reopening the action if settlement is not consummated within 60 days upon good cause shown from the filing date of this Dismissal.

Dated: February 26, 2021   CENTER FOR DISABILITY ACCESS

            By: /s/ Amanda Seabock
               Amanda Seabock
               Attorneys for Plaintiff

Dated: February 26, 2021   LEWIS BRISBOIS

            By: /s/ Stephen E. Abraham
               Stephen E. Abraham
               Attorney for Defendants
               435 Bedford LLC and Judi's Deli LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Stephen E. Abraham, counsel for 435 Bedford LLC and Judi's Deli LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: February 26, 2021           CENTER FOR DISABILITY ACCESS

                                                By:   /s/ Amanda Seabock
                                                       Amanda Seabock
                                                       Attorneys for Plaintiff