CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>        Plaintiff,<br><br>    v.<br><br>435 BEDFORD LLC, a Delaware Limited Liability Company; and JUDI'S DELI LLC, a California Limited Liability Company<br><br><br>        Defendants. | **Case:** 2:20-CV-10201-MWF-RAO<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants 435 Bedford LLC, a Delaware Limited Liability Company and Judi's Deli LLC, a California Limited Liability Company have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: March 03, 2021          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
        Amanda Seabock
        Attorneys for Plaintiff

1